UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRA KATHERINE TACKETT | CIVIL ACTION |
| VERSUS | NO. 15-1315 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION A(5) |

# ORDER

The Court, after considering the application for attorney's fees and costs, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Rec. Doc. 12)** is **DENIED**;

**IT IS FURTHER ORDERED** that **Defendant's Motion for Summary Judgment (Rec. Doc. 14)** is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's suit is **DISMISSED**.

New Orleans, Louisiana, this 16th day of August, 2016

JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE